UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOBBY BLOODWORTH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.3:03cv498(SRU) |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America hereby requests that the Court grant an initial extension of time of thirty (30) days, from February 2, 2004, up to and including March 2, 2004 to complete discovery. The defendant requests an extension of time so that the deposition of the plaintiff's treating physician can be conducted.

This is the first motion to extend this time limitation. Plaintiff's counsel has no objection to the granting of this motion.

                                              Respectfully submitted,
                                              KEVIN J. O'CONNOR
                                              UNITED STATES ATTORNEY

                                              DOUGLAS P. MORABITO
                                              ASSISTANT UNITED STATES ATTORNEY
                                              P. O. BOX 1824
                                              NEW HAVEN CONNECTICUT 06508
                                              (203) 821-3700
                                              FEDERAL BAR NO. ct20962

CERTIFICATION OF SERVICE

_____This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 21st day of January, 2004.

Sheldon A. Messinger, Esq.
 2 Lincoln St.
New Haven, CT  06510

_____
DOUGLAS P. MORABITO
ASSISTANT U. S. ATTORNEY