UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JAN 22  A 9:45

US DISTRICT COURT
BRIDGEPORT CT

BOBBY BLOODWORTH, JR.,            )
                                  )
        Plaintiff,                )
                                  )
                                  )   Case No. 3:03cv498(SRU)
                                  )
THE UNITED STATES OF AMERICA,     )
        Defendant.                )

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States of America hereby requests that the Court grant an initial extension of time of thirty (30) days, from February 2, 2004, up to and including March 2, 2004 to complete discovery. The defendant requests an extension of time so that the deposition of the plaintiff's treating physician can be conducted.

This is the first motion to extend this time limitation. Plaintiff's counsel has no objection granting of this motion.

Respectfully submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN CONNECTICUT 06508
(203) 821-3700
FEDERAL BAR NO. ct20962

Motion Granted.
Discovery cutoff date March 2, 2004;
Dispositive Motions Due by April 2, 2004.
SO ORDERED

Stefan R. Underhill, U.S.D.J.

2004 JAN 26  A 10:04b
US DISTRICT COURT
BRIDGEPORT