UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BOBBY BLOODWORTH, JR.                :
                                     :
    PLAINTIFF,                       :    3:03CV498(SRU)
                                     :
v.                                   :
                                     :
UNITED STATES OF AMERICA             :
                                     :
    DEFENDANT.                       :

STIPULATION OF DISMISSAL

Pursuant Rule 41(b) of the Federal Rules of Civil Procedure, it is hereby stipulated by the parties that the above-captioned cause of action, previously reported to be settled on May 18, 2004, may now be dismissed with prejudice with each party to bear its own costs and attorney's fees.

Executed this 27th day of May, 2004.

~~Bobby Bloodworth, Jr., Plaintiff~~

Douglas P. Morabito, AUSA
Attorney for Defendant,
United States of America

Sheldon A. Messinger, Esq.
Attorney for the Plaintiff