UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN -7 A 9:55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Bobby Bloodworth, Jr.

V.    Case Number: 03cv498(SRU)

USA

**ORDER**

**Stipulation for Dismissal of Case** Doc. #   - **ORDERED ACCORDINGLY**

Dated at Bridgeport, Connecticut, June 7th, 2004.

KEVIN F. ROWE, CLERK

By: *Cassandra Warren*
Cassandra Warren
Deputy Clerk